THE HONORABLE ROBERT J. BRYAN

08-CR-05540-ORD

FILED RECEIVED LODGED
FEB 20 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFF S. COWAN and LUZERNA E. COWAN, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY FIRE DISTRICT 18 a Washington Municipal Corporation,<br><br>Defendant. | No.: C08-5540 RJB<br><br>STIPULATED MOTION TO RE-NOTE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

COMES NOW, Plaintiffs Jeff S. Cowan and Luzerna E. Cowan, by and through their respective attorneys of record, Wolfe Law Offices, PLLC and Kitsap County Fire District No. 18, by and through their respective attorneys of record Clarence C. Jones, Jr. and Lewis Lynn Ellsworth, hereby stipulate and agree to a Re-Note Defendant's Motion for Partial Summary Judgment Dismissing Selected Claims in order to provide parties an

//

//

STIPULATED MOTION TO -1-
RE-NOTE PARTIAL SUMMARY JUDGMENT

WOLFE LAW OFFICES, PLLC
216 Sixth Street
Bremerton, WA 98337
(360) 782-4200

opportunity to resolve this matter.

DATED this 19th day February, 2009.    DATED this 19th day of February, 2009.

WOLFE LAW OFFICES, PLLC              GORDON THOMAS HONEYWELL

/s/ Jessica A. Jozefowicz             /s/ Lewis L. Ellsworth
Jessica A. Jozefowicz, WSBA #35814    Lewis Lynn Ellsworth, WSBA #11360
Attorney for Plaintiffs               Attorney for Defendant
Wolfe Law Offices, PLLC               Gordon Thomas Honeywell
216 Sixth Street                      1201 Pacific Ave., STE 2200
Bremerton, WA 98392                   Tacoma, WA 98401
Tel: (360) 782-4200                   Tel: (253) 620-6505
Fax: (360) 782-4212                   Fax: (253) 620-6565
Email: jessica@wolfelawoffices.com    Email: lellsworth@gth-law.com

## II.  ORDER

Based on the above stipulation of the parties, It Is Hereby ORDERED:

1. The Noting date for Defendant's Motion for Partial Summary Judgment Dismissing Selected Claims is Re-Noted for March 6, 2009.

2. Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment Dismissing Selected Claims is therefore due on March 2, 2009.

DONE IN OPEN COURT this 19 day of Feb, 2009.

_____
JUDGE ROBERT J. BRYAN

Presented by:

WOLFE LAW OFFICES, PLLC              GORDON THOMAS HONEYWELL

/s/ Jessica A. Jozefowicz             /s/ Lewis L. Ellsworth
Jessica A. Jozefowicz, WSBA #35814    Lewis Lynn Ellsworth, WSBA #11360
Attorney for Plaintiffs               Attorney for Defendant
Wolfe Law Offices, PLLC               Gordon Thomas Honeywell
216 Sixth Street                      1201 Pacific Ave., STE 2200

| | | |
|---|---|---|
| 1 | Bremerton, WA 98392<br>Tel: (360) 782-4200 | Tacoma, WA 98401<br>Tel: (253) 620-6505 |
| 2 | Fax: (360) 782-4212 | Fax: (253) 620-6565 |
| 3 | Email: jessica@wolfelawoffices.com | Email: lellsworth@gth-law.com |