

08-CV-05540-ORD

THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JEFF S. COWAN and LUZERNA E. COWAN, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY FIRE DISTRICT 18 a Washington Municipal Corporation,<br><br>Defendant. | No.: C08-5540 RJB<br><br>STIPULATED MOTION TO RE-NOTE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

COMES NOW, Plaintiffs Jeff S. Cowan and Luzerna E. Cowan, by and through their respective attorneys of record, Wolfe Law Offices, PLLC and Kitsap County Fire District No. 18, by and through their respective attorneys of record Clarence C. Jones, Jr. and Lewis Lynn Ellsworth, hereby stipulate and agree to Re-Note Defendant's Motion for Partial Summary Judgment Dismissing Selected Claims. Parties have come to a settlement agreement and are re-noting in order to provide time for the agreement to be signed and circulated and a dismissal filed.

STIPULATED MOTION TO    -1-
RE-NOTE PARTIAL SUMMARY JUDGMENT

WOLFE LAW OFFICES, PLLC
216 Sixth Street
Bremerton, WA 98337
(360) 782-4200

| | | |
|---|---|---|
|1| DATED this 13th day March, 2009. | DATED this 13th day of March, 2009. |
|2| WOLFE LAW OFFICES, PLLC | GORDON THOMAS HONEYWELL |
|3| /s/ Jessica A. Jozefowicz | /s/ Lewis L. Ellsworth |
| | Jessica A. Jozefowicz, WSBA #35814 | Lewis Lynn Ellsworth, WSBA #11360 |
|4| Attorney for Plaintiffs | Attorney for Defendant |
| | Wolfe Law Offices, PLLC | Gordon Thomas Honeywell |
|5| 216 Sixth Street | 1201 Pacific Ave., STE 2200 |
|6| Bremerton, WA 98392 | Tacoma, WA 98401 |
| | Tel: (360) 782-4200 | Tel: (253) 620-6505 |
|7| Fax: (360) 782-4212 | Fax: (253) 620-6565 |
| | Email: jessica@wolfelawoffices.com | Email: lellsworth@gth-law.com |

## II. ORDER

Based on the above stipulation of the parties, It Is Hereby ORDERED:

1. The Noting date for Defendant's Motion for Partial Summary Judgment Dismissing Selected Claims is Re-Noted for April 10, 2009.

2. Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment Dismissing Selected Claims is therefore due on April 6, 2009.

DONE IN OPEN COURT this 16 day of March, 2009.

_____
JUDGE ROBERT J. BRYAN

Presented by:

| | |
|---|---|
| WOLFE LAW OFFICES, PLLC | GORDON THOMAS HONEYWELL |
| /s/ Jessica A. Jozefowicz | /s/ Lewis L. Ellsworth |
| Jessica A. Jozefowicz, WSBA #35814 | Lewis Lynn Ellsworth, WSBA #11360 |
| Attorney for Plaintiffs | Attorney for Defendant |
| Wolfe Law Offices, PLLC | Gordon Thomas Honeywell |
| 216 Sixth Street | 1201 Pacific Ave., STE 2200 |
| Bremerton, WA 98392 | Tacoma, WA 98401 |
| Tel: (360) 782-4200 | Tel: (253) 620-6505 |

STIPULATED MOTION TO -2-
RE-NOTE PARTIAL SUMMARY JUDGMENT

WOLFE LAW OFFICES, PLLC
216 Sixth Street
Bremerton, WA 98337
(360) 782-4200

Fax: (360) 782-4212  
Email: jessica@wolfelawoffices.com

Fax: (253) 620-6565  
Email: lellsworth@gth-law.com

STIPULATED MOTION TO -3-
RE-NOTE PARTIAL SUMMARY JUDGMENT

WOLFE LAW OFFICES, PLLC
216 Sixth Street
Bremerton, WA 98337
(360) 782-4200